## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE GUANTANAMO BAY ) <br> DETAINEE LITIGATION ) | Misc. No. 1:12-mc-398 (RCL) |
| SAEED MOHAMMED SALEH HATIM, ) <br> et al., ) <br> Petitioners, ) <br> v. ) <br> BARACK H. OBAMA, et al., ) <br> Respondents. ) | Civil No. 1:05-cv-1429 (RCL) |
| FADHEL HUSSEIN SALEH HENTIF, ) <br> et al., ) <br> Petitioners, ) <br> v. ) <br> BARACK H. OBAMA, et al., ) <br> Respondents. ) | Civil No. 1:06-cv-1766 (UNA) |
| ABDURRAHMAN ABDALLAH ALI ) <br> MAHMOUD AL SHUBATI, et al., ) <br> Petitioners, ) <br> v. ) <br> BARACK H. OBAMA, et al., ) <br> Respondents. ) | Civil No. 1:07-cv-2338 (UNA) |

**NOTICE OF FILING UNDER SEAL**

The Court and Petitioners will please take notice that Respondents have filed, under seal pursuant to the Protective Order in these matters, Respondents' Opposition to Petitioners' Emergency Motions Concerning Access to Counsel. Respondents have served Petitioners with copies of the Opposition and all exhibits by electronic mail.

Dated:  3 June 2013                                            Respectfully submitted,

                                          STUART F. DELERY
                                        Acting Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch

                                        TERRY M. HENRY
                                        JAMES J. GILLIGAN
                                        Assistant Branch Directors

                                         /s/ Ronald J. Wiltsie
                                        RONALD J. WILTSIE
                                        Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.
                                        Washington, DC  20530
                                        Tel: (202) 307-1401
                                        ronald.wiltsie@usdoj.gov