IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GUANTANAMO BAY DETAINEE CONTINUED ACCESS TO COUNSEL | Misc. No. 1:12-mc-00398-RCL |
| FADHEL HUSSEIN SALEH HENTIF, *et al.*, Petitioners, v. BARACK H. OBAMA, *et al.*, Respondents. | Civil No. 1:06-cv-01766-UNA |
| ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, *et al.*, Petitioners, v. BARACK H. OBAMA, *et al.*, Respondents. | Civil No. 1:07-cv-2338-UNA |

**MEMORANDUM OF SUPPORT OF PETITIONERS SAEED MOHAMMED SALEH HATIM ET AL.'S REPLY IN FURTHER SUPPORT OF THEIR EMERGENCY MOTION CONCERNING ACCESS TO COUNSEL**

Petitioners Abdurrahman al-Shubati, ISN No. 224, and Fahdel Hentif, ISN No. 259, join and support Saeed Mohammed Saleh Hatim et al.'s Reply in Further Support of their Emergency Motion Concerning Access to Counsel (*In re Guantanamo Bay Continued Access to Counsel* Dkt. No. 44). The arguments therein further support Petitioners' Emergency Motion to Enforce the Right of Access to Counsel and Points and Authorities in Support (Dkt. No. 37 in *In re*

*Guantanamo Bay Continued Access to Counsel*; Dkt. No. 298 in *Hentif v. Obama*; Dkt. No. 263 in *Al-Shubati v. Obama*).

| | |
|---|---|
| Date: June 4, 2013 | Respectfully submitted, |

/s/ *Brent Nelson Rushforth*

Brent Nelson Rushforth
D.C. Bar No. 331074
David Muraskin
McKool Smith, P.C.
1999 K Street, N.W., Suite 600
Washington, DC 20006
(202) 370-8300

Robert L. Palmer
McKool Smith Hennigan P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1200

M. Alexander Bowie, II
D.D.C. Bar No. NY0116
Day Pitney LLC
7 Times Square
Broadway Between 41St & 42nd Streets
New York, NY 10036
(212) 297-5800

James G. Szymanski
Law Office of James G. Szymanski
6234 Annello Drive
Melbourne, FL 32940
(321) 255-4789
*Only admitted in New York*

*Counsel for Petitioners Abdurrahman al-Shubati and Fahdel Hentif*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

>    Ronald Wiltsie
>    Rodney Patton
>    Andrew Warden
>    Robert Prince
>    Civil Division
>    U.S. Department of Justice
>    Federal Programs Branch, Civil Division
>    20 Massachusetts Avenue, N.W., Rm. 5124
>    Washington, D.C. 20001
>    (202) 616-5084

>                                                                                      /s/ Brent Nelson Rushforth
>                                                                                      BRENT NELSON RUSHFORTH
>
>                                                                                      Brent Nelson Rushforth
>                                                                                      David Muraskin
>                                                                                      McKool Smith, P.C.
>                                                                                      1999 K Street, NW, Suite 600
>                                                                                      Washington, DC 20006
>                                                                                      (202) 370-8300
>
>                                                                                      Robert L. Palmer
>                                                                                      McKool Smith Hennigan, P.C.
>                                                                                      865 S. Figueroa Street, Suite 2900
>                                                                                      Los Angeles, CA 90017
>                                                                                      (213) 694-1200
>
>                                                                                      *Counsel for Petitioners Abdurrahman*
>                                                                                      *al-Shubati and Fahdel Hentif*