**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| _____ ) | | |
| IN RE GUANTANAMO BAY DETAINEE ) | Misc. No. 12-mc-398 (RCL) | |
| CONTINUED ACCESS TO COUNSEL ) | | |
| _____) | | |
| ) | | |
| SAEED MOHAMMED SALEH HATIM, ) | | |
| *et al.*, ) | | |
| Petitioners ) | | |
| v. ) | Civil No. 05-cv-1429 (RCL) | |
| ) | | |
| BARACK H. OBAMA, *et al.*, ) | | |
| ) | | |
| Respondents ) | | |
| _____) | | |
| ) | | |
| FADHEL HUSSEIN SALEH HENTIF, ) | | |
| *et al.*, ) | | |
| Petitioners ) | | |
| v. ) | Civil No. 06-cv-1766 (RCL) | |
| ) | | |
| BARACK H. OBAMA, *et al.*, ) | | |
| ) | | |
| Respondents ) | | |
| _____) | | |
| ) | | |
| ABDURRAHMAN ABDALLAH ALI ) | | |
| MAHMOUD AL SHUBATI, *et al.*, ) | | |
| Petitioners ) | | |
| v. ) | Civil No. 07-cv-2338 (RCL) | |
| ) | | |
| BARACK H. OBAMA, *et al.*, ) | | |
| ) | | |
| Respondents ) | | |
| _____) | | |

## <u>ORDER</u>

Before the Court are Jason Leopold's Motion [48] to Intervene, the Respondents' Motion

[57] for an extension of time to file a response to Mr. Leopold's Motion to intervene, and Mr.

Leopold's Motion [66] for an extension of time to file a reply.  Mr. Leopold seeks an order from

1

this Court unsealing the Declaration of Col. John V. Bogdan, June 3, 2013, ECF No. 42-1 ("Bogdan Declaration").   Upon consideration of Mr. Leopold's Motion, the government's Opposition and Errata [59, 60, 62, and 63], the Petitioners' Reply [67], Mr. Leopold's Reply [68], the entire record herein, the applicable law, and for the reasons set forth in the Court's Memorandum Opinion issued this date, it is hereby

ORDERED that Respondents' Motion [57] and Mr. Leopold's Motion [66] for extensions of time are GRANTED nunc pro tunc; and it is further

ORDERED that Mr. Leopold's Motion [48] to intervene is GRANTED; and it is further

ORDERED that Mr. Leopold's Motion to unseal the Bogdan Declaration, ECF No. 42-1, is GRANTED.   The Clerk of Court is hereby directed to file a copy of the Bogdan Declaration on the public docket in this matter; and it is further

ORDERED that Col. Bogdan's Second Declaration, Decl. of Col. John V. Bogdan, Aug. 2, 2013, ECF No. 60-1, the government's Opposition [60] and Errata [63], and the Petitioners' Reply [67] shall be UNSEALED; and, upon this Court's own motion, it is further

ORDERED that the Order issued this date shall be STAYED for 14 days from this date to allow the Respondents to move for a stay pending appeal.

SO ORDERED this 17th day of September 2013.

Signed by Royce C. Lamberth, United States District Judge.