UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GUANTANAMO BAY DETAINEE ) Misc. No. 12-mc-398 (RCL)
CONTINUED ACCESS TO COUNSEL )

## ORDER

On September 17, 2013, this Court issued an Order [70] granting Jason Leopold's Motion [48] to intervene for the limited purposed of unsealing the Declaration of Col. John V. Bogdan, June 3, 2013, ECF No. 42 Ex. 1 ("Bogdan Declaration"). The Court ordered the Clerk to file the unredacted Bogdan Declaration on the public docket and to unseal the government's Opposition [60] to Mr. Leopold's Motion, the government's Errata [63] to its opposition, the Petitioners' Reply [67] in support of Mr. Leopold's Motion, and Col. Bogdan's Second Declaration, which was included as an exhibit to the government's Opposition. Decl. of Col. John V. Bogdan, Aug. 2, 2013, ECF No. 60 Ex. 3. Upon its own motion, the Court also stayed its Order for 14 days to allow the government to move for a stay pending appeal. As the time period for the stay has now expired and the government has not moved to extend the stay or to appeal the Court's Order, it is hereby

**ORDERED** that the Clerk of Court is directed to file a copy of the Bogdan Declaration, attached herein, on the public docket in this matter; and it is further

**ORDERED** that the government's Opposition [60] and Errata [63], including any exhibits attached thereto, and the Petitioners' Reply [67] shall be **UNSEALED**.

**SO ORDERED** this 2nd day of October 2013.

Signed by Royce C. Lamberth, United States District Judge.